## CERTIFICATE OF SERVICE

I, _____Ryan G. Moore_____, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made July 17, 2014 by:
(date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult at:


☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Margaret M. Keane, CEO
170 West Election Road, Suite 125
Draper, UT 84020

☐ Publication: The defendant was served as follows: [Describe briefly]


☐ State Law: The defendant was served pursuant to the laws of the State of _____,
(name of state)
as follows: [Describe briefly]


Under penalty of perjury, I declare that the foregoing is true and correct.

8/4/14                                          /s/ R. G. Moore
Date                                            Signature

Print Name
Ryan G. Moore
Business Address
340 Third Avenue South, Suite A
City Jacksonville Beach   State FL   Zip 32250